Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATRIX, INC., a California Corporation,<br><br>Plaintiff,<br>v.<br><br>MILKPRINT, LLC, a New York Limited Liability Company, and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: CV12-08597-GW(FMOx)<br>*Honorable George Wu Presiding*<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

Having reviewed the stipulation of the parties for dismissal of this action,

IT IS HEREBY ORDERED that this Action be dismissed with prejudice, with each party to bear its own costs and fees.

Dated: February 11, 2013    _____
                            HONORABLE GEORGE H. WU
                            U.S. DISTRICT COURT JUDGE

- 1 -